Lillian O. SULLIVAN, Petitioner,

v.

SULLIVAN TORPEDO COMPANY, a corporation, Kenneth A. Ellison, Inc., and Continental Casualty Company, and the State Industrial Commission of the State of Oklahoma, Respondents.

No. 37479.

Supreme Court of Oklahoma,
Jan. 28, 1958.

Lee B. Thompson, Oklahoma City, for petitioner.

Gus Rinehart, Looney, Watts, Looney & Nichols, Mac Q. Williamson, Atty. Gen., for respondents.

DAVISON, Justice.

The issues presented in this proceeding were finally determined by this Court in Sullivan-Anderson Well Servicing Co. v. Sullivan, Okl., 312 P.2d 943. The syllabus in that case is adopted as the syllabus in this case and the order of the State Industrial Commission denying an award against the named parties is hereby sustained.